IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY CLAY                          :              CIVIL ACTION

v.                                 :

DEBRA SAUERS, et al.               :              NO. 12-5670

## ORDER

AND NOW, this *19th* day of *August*, 2013, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

## ORDERED

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.    The petition for a writ of habeas corpus is **DISMISSED**;

3.    Petitioner's request for a hearing is **DENIED**;

4.    Petitioner's request for appointment of counsel is **DENIED**; and

5.    A certificate of appealability is not granted.

BY THE COURT:

J. CURTIS JOYNER,    S.J.

ENTERED

AUG 21 2013

CLERK OF COURT